SOLOMON SMETTERS *v.* JOHN C. RAINEY ET AL.

MOTION to dismiss petition in error for want of proper parties

The record shows that an action was brought, in the court of common pleas of Fairfield county, against David Harris, William L. Jeffries and Solomon Smetters, as makers, and Andrew J. Dildine, as indorser, of a promissory note. Smetters alone made defense; and there was a demurrer to his

answer, which was sustained, and thereupon a judgment was rendered against all the parties.

Smetters filed a petition in error, in the district court, to reverse this judgment; to which petition Harris, Jeffries and Dildine were not made parties, nor was any reason or excuse shown for not making them parties. For this omission, a motion to dismiss the petition in error was made, in this court, after the case, on error, was reserved in the district to this court.

*Thurman*, for the motion.

*Hunter & Dougherty*, contra.

BY THE COURT—It is convenient, and will tend to prevent multiplicity of suits and unnecessary labor to the court, that, in a proceeding in error, all the parties interested in the judgment, which it is sought to reverse, should be brought before the court, so that the affirmance, reversal or modification of the judgment, when made, shall bind all the parties. It is, moreover, evident that the judgment in this case, as it now stands, is less prejudicial to the parties not joined in the petition in error than it would be if modified so as to relieve the plaintiff in error from its operation; and those parties should have an opportunity to be heard.

The motion will, therefore, be sustained; but the order of dismissal will be conditional, and allow the parties to be made by amendment of the petition, and service of a summons within thirty days. If the time be too short, an application can be made for an extension.